# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

United State Of America

                            Plaintiff,

v.                                                      Case No.: 1:11−cv−05937

                                                              Unassigned

Aimee Krause

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 29, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Pro Se Defendant contacted the Clerk's Office regarding her concern that certain confidential information is visible in three of the attached exhibits in the Government's complaint [1] filed on 8/26/11. Therefore, the Clerk's Office has temporarily restricted Exhibits A, C, and E of the complaint [1] (attachments #1, #3 and #5). Plaintiff's counsel is directed to properly redact and refile those exhibits via the CM/ECF system. Once the redacted exhibits have been refiled, the Clerk shall replace the restricted exhibits with the redacted versions of those exhibits. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.