**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 11 C 5937 |
| v. | ) | |
| | ) | |
| AIMEE KRAUSE | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF FILING</u>**

**TO:** Aimee Krause – Pro Se
2903 N. Kolmar Ave. Apt. 2
Chicago, IL 60641-5206

    **PLEASE TAKE NOTICE** that on **August 29 2011**, we filed with the Clerk of the Federal District Court for the Northern District of Illinois the attached: **EXHIBITS**

                                          */s/ John A. Goudge*
                                          John A. Goudge

GREENE AND LETTS
Attorneys for Plaintiff
111 West Washington Street
Suite 1650
Chicago, Illinois  60602
312/346-1100

X:\DEPARTMENT OF JUSTICE (USDOJ)\KRAUSE, A. 0176-00022\PLEADING\08 25 11-NOF.doc

1

## **PROOF OF SERVICE**

The undersigned hereby certifies that the above identified documents were served on the above-mentioned parties on **August 26, 2011:**

( )    by personal delivery

(**X**)    by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

( )    by electronic notification

                                    */s/ John A. Goudge*
                                    John A. Goudge


GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois  60602
312/346-1100
X:\DEPARTMENT OF JUSTICE (USDOJ)\KRAUSE, A. 0176-00022\PLEADING\08 25 11-NOF.doc