# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the United States Attorney has entered into a contract with the firm of Potestivo and Associates to represent the United States in student loan cases where the firm of Greene and Letts previously represented the United States; and

It further appearing that counsel from Potestivo and Associates should replace counsel from Greene and Letts in such student loan cases, therefore,

IT IS HEREBY ORDERED That attorney Keith H. Werwas is to be substituted for any counsel from Greene and Letts appearing in the attached list of forty-four cases.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge James F. Holderman

Dated at Chicago, Illinois this 21st day of October 2011.

| | |
|---|---|
| 1:11-cv-05019 | **United Sates of America v. Ballentine** |
| 1:11-cv-05024 | **United States v. Carlos Gomez** |
| 1:11-cv-05054 | **United States of America v. Davis** |
| 1:11-cv-05059 | **United States of America v. Rattler** |
| 1:11-cv-05084 | **The United States of America v. Taiwo** |
| 1:11-cv-05096 | **United States of America v. Celestaine** |
| 1:11-cv-05109 | **United States of America v. LaGrand** |
| 1:11-cv-05110 | **The United States of America v. Collimore** |
| 1:11-cv-05120 | **The United States of America v. Dorsey** |
| 1:11-cv-05125 | **The United States of America v. Foster** |
| 1:11-cv-05213 | **The United States of America v. Gonzales** |
| 1:11-cv-05214 | **The United States of America v. O'Yola** |
| 1:11-cv-05229 | **United States of America v. Sosa** |
| 1:11-cv-05230 | **The United States of America v. Wojtowicz** |
| 1:11-cv-05237 | **The United States of America v. Haynes** |
| 1:11-cv-05241 | **United States of America v. Erinolu** |
| 1:11-cv-05242 | **The United States of America v. Hall** |
| 1:11-cv-05249 | **United States of America v. Moore** |
| 1:11-cv-05251 | **The United States of America v. Scott** |
| 1:11-cv-05255 | **The United States of America v. Rolon** |
| 1:11-cv-05256 | **United States of America v. Robinson** |
| 1:11-cv-05258 | **The United States of America v. Hankins** |
| 1:11-cv-05263 | **United States of America v. Luster** |
| 1:11-cv-05776 | **The United States of America v. Burnett** |
| 1:11-cv-05791 | **The United States of America v. Cooper** |
| 1:11-cv-05793 | **United States of America v. Hakeem** |
| 1:11-cv-05841 | **United States of America v. Marshall** |
| 1:11-cv-05845 | **United States of America v. Montgomery** |
| 1:11-cv-05850 | **United States of America v. Moore** |
| 1:11-cv-05853 | **United States of America v. Nilsen** |
| 1:11-cv-05856 | **United States of America v. Payton** |
| 1:11-cv-05858 | **United States of America v. Patricia Smith** |
| 1:11-cv-05859 | **United States of America v. Watkins** |
| 1:11-cv-05872 | **United States of America v. Gardner** |
| 1:11-cv-05874 | **United States of America v. Hawthorne** |

| | |
|---|---|
| 1:11-cv-05875 | **United States of America v. Head** |
| 1:11-cv-05884 | **United States of America v. Holton** |
| 1:11-cv-05885 | **United States of America et al** |
| 1:11-cv-05892 | **United States of America v. Jackson** |
| 1:11-cv-05895 | **United States of America v. Jefferson** |
| 1:11-cv-05897 | **United States of America v. Johnson** |
| 1:11-cv-05937 | **United States Of America v. Krause** |
| 1:11-cv-05942 | **United States of America v. Kurucar** |
| 1:11-cv-05946 | **United States of America v. McCall** |