**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 11 C 5937 |
| v. | ) | |
| | ) | |
| AIMEE KRAUSE | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:** Aimee Krause – Pro Se
2903 N. Kolmar Ave. Apt. 2
Chicago, IL 60641-5206

    **PLEASE TAKE NOTICE** that on **October 26, 2011**, we filed with the Clerk of the Federal District Court for the Northern District of Illinois the attached: **Response to Motion for Sanctions**

                                                */s/ John A. Goudge*
                                                John A. Goudge

GREENE AND LETTS
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100

X:\DEPARTMENT OF JUSTICE (USDOJ)\KRAUSE, A. 0176-00022\PLEADING\notice-filing 10-26-11.doc

## **PROOF OF SERVICE**

The undersigned hereby certifies that the above identified documents were served on the above-mentioned parties on **October 26, 2011:**

( )   by personal delivery

( )   by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

( **x** )   by electronic notification

>               */s/ John A. Goudge*
>               John A. Goudge

GREENE AND LETTS
111 West Washington Street
Suite 1650
Chicago, Illinois  60602
312/346-1100
X:\DEPARTMENT OF JUSTICE (USDOJ)\KRAUSE, A. 0176-00022\PLEADING\notice-filing 10-26-11.doc