# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

United State Of America

                    Plaintiff,

v.                                                Case No.: 1:11−cv−05937
                                                Unassigned

Aimee Krause

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held on Defendant's Motion to Dismiss and for Sanctions [9]. To the extent that the Defendant's personal identifying information including her social security number remains on the United States District Court Northern District of Illinois server, the Clerk shall remove that information as soon as possible. Defendant shall file her reply to Respondent Goudge's response to her motion for sanctions on or before 11/3/11. Respondent shall file his sur−reply, if any, on or before 11/10/11 by noon. Continued hearing on Defendant's Motion to Dismiss and for Sanctions set for 11/14/11 at 1:00 p.m. The Court recognizes that the date for Respondent's sur−reply brief and the motion hearing date are different than the dates set in open court. If these dates present a problem for Defendant, Plaintiff or Respondent Goudge, they shall contact the Court's courtroom deputy as soon as possible. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.