# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 11 C 5937 |
| ) | |
| AIMEE KRAUSE, ) | Designated Magistrate Judge: Jeffrey T. Gilbert |
|     Defendant. ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States of America

| |
|---|
| NAME (Type or print)<br>Keith Werwas |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/*Keith Werwas* |
| FIRM: Potestivo & Associates, P.C. |
| STREET ADDRESS: 223 W. Jackson Blvd., Suite 610 |
| CITY/STATE/ZIP: Chicago, IL 60606 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6291042 | TELEPHONE NUMBER: 312-263-0003 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>  RETAINED COUNSEL                    APPOINTED COUNSEL |