## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

United State Of America

                Plaintiff,

v.                                              Case No.: 1:11−cv−05937
                                                  Unassigned

Aimee Krause

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 16, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Continued hearing held on 11/14/11 on Defendant's Motion to Dismiss and for Sanctions [9]. Defendant's Motion to Dismiss and for Sanctions [9] is taken under advisement. The Court will rule via CM/ECF. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.