# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

United State Of America

                  Plaintiff,

v.                                                Case No.: 1:11–cv–05937

                                                       Unassigned

Aimee Krause

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 2, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: This Court recommends that Defendant Krause's Motion to Dismiss and for Sanctions [9] be granted in part and denied in part. Status hearing set for 12/13/11 at 10:00 a.m. Enter Report and Recommendation. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.