# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

United State Of America

                    Plaintiff,

v.                                           Case No.: 1:11–cv–05937
                                                 Honorable Sharon Johnson Coleman

Aimee Krause

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2012:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Status hearing held. Defendant Krause's response to the Government's complaint is stayed while the parties are involved in settlement discussions. Status hearing set for 1/26/12 at 10:00 a.m. for a report on the parties' settlement discussions. If the parties cannot resolve this matter on their own, they may contact the Court's judicial assistant, Patricia Hagenmaier (312–435–5672) even before the next status hearing to schedule a settlement conference. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.