# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

United State Of America

                Plaintiff,

v.                                        Case No.: 1:11–cv–05937
                                        Honorable Sharon Johnson Coleman

Aimee Krause

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 14, 2012:

        MINUTE entry before Honorable Jeffrey T. Gilbert: The parties reported to the Court's courtroom deputy that they have reached an agreement in principle. Settlement conference set for 5/15/12 at 1:15 p.m. is stricken. Status hearing set for 6/12/12 at 9:45 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.